Ex parte WILLIE HUTCHISON.

No. A-3427. Opinion Filed August 17, 1918.

(174 Pac. 1181.)

Application by Willie Hutchison for writ of habeas corpus. General demurrer to petition sustained, and cause dismissed.

J. T. Johnson, for petitioner.

R. McMillan, Asst. Atty. Gen., for respondent.

PER CURIAM. On behalf of Willie Hutchison a duly verified petition for writ of habeas corpus was filed in this court on August 12, 1918, alleging that petitioner is illegally restrained of his liberty in the State Training School at Pauls Valley, Okla. A general demurrer to the petition was interposed, which demurrer is sustained, and the cause dismissed.

---

DOC CLOWERS v. STATE.

No. A-2921. Opinion Filed August 17, 1918.

Appeal from County Court, Pittsburg County;

S. F. Brown. Judge.

Doc Clowers was convicted of malicious mischief, and he appeals. Affirmed.

PER CURIAM. Doc Clowers was convicted in the county court of Pittsburg county of the crime of malicious mischief, and his punishment fixed at imprisonment in the county jail for a period of 30 days and to pay a fine of $50.00. To reverse this judgment an appeal was perfected in this court by filing a petition in error with case-made attached. This case was assigned for oral argument at the May term, 1917, but no appearance was made by counsel who took the appeal, nor has any brief been filed on behalf of plaintiff in error. The court, however, has carefully examined the record and finds no fundamental error. The information and the evidence in support thereof are apparently sufficient to sustain the judgment, and the same is accordingly affirmed.